UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CYNTHIA FOSSEY,

  Plaintiff,

-vs-                                        CASE NO.: 3:16-CV-00881-BJD-JBT

SYNCHRONY BANK,

  Defendant.
_____/

## NOTICE OF PENDING SETTLEMENT

Plaintiff, CYNTHIA FOSSEY, by and through her undersigned counsel, hereby notifies the Court that the parties, Plaintiff, CYNTHIA FOSSEY, and Defendants, SYNCHRONY BANK, have reached a settlement with regard to this case, and are presently drafting, and finalizing the settlement agreement, and general release documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to all counsel of record via Florida Electronic filing on this 14th day of November, 2016.

/s/ Shaughn C. Hill, Esquire
Shaughn C. Hill, Esquire
Morgan & Morgan, Tampa, P.A.
One Tampa City Center
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Tele: (813) 223-5505
Fax: (813) 223-5402
shill@forthepeople.com
Florida Bar #: 0105998
Attorney for Plaintiff