UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CYNTHIA FOSSEY,

    **Plaintiff,**

v.                                    Case No. 3:16-cv-881-J-39JBT

SYNCHRONY BANK,

    **Defendant.**

_____/

## ORDER OF DISMISSAL

This matter is before the Court on the Joint Stipulation of Dismissal with Prejudice (Doc. No.18; Stipulation) filed on December 23, 2016. In the Stipulation, the parties indicate their agreement to dismissal of this case with prejudice. See Stipulation at 1. Accordingly, it is hereby

**ORDERED**:

1.     This case is **DISMISSED with prejudice.**

2.     Each party shall bear its own costs and fees.

3.     The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE** and **ORDERED** in Jacksonville, Florida this 9th day of January, 2017.

/s/ Brian J. Davis
BRIAN J. DAVIS
United States District Judge

*Copies to:*

Counsel of Record

*ap*